UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

NICHOLAS BEN

VERSUS

SERGIO OLVERA-ARREOLA, ET AL.

CIVIL ACTION

NO. 15-402-SDD-RLB

**RULING**

The Court has carefully considered the *Petition*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated August 5, 2015. Defendant, State Auto Insurance Company, has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's *Motion to Remand*[4] shall be granted, and this matter shall be remanded to the 19th Judicial District Court, East Baton Rouge Parish, State of Louisiana. Further, pursuant to 28 U.S.C. § 1447(c), Defendant, State Auto Insurance Company, shall be ordered to pay to Plaintiff costs and expenses incurred as a result of the removal in the amount of $500.00 within fourteen (14) days of the date of this *Order*.

Baton Rouge, Louisiana the 28 day of August, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1-1.
[2] Rec. Doc. 12.
[3] Rec. Doc. 13.
[4] Rec. Doc. 9.